NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESIDIO COMPONENTS, INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**AMERICAN TECHNICAL CERAMICS CORP.,**
*Defendant-Appellant.*

---

2010-1355, 2011-1089

---

Appeals from the United States District Court for the Southern District of California in case no. 08-CV-0335, Chief Judge Irma E. Gonzalez..

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

American Technical Ceramics Corp. (ATCC) moves for leave to exceed the permitted word limitation for its principal brief by filing a brief of up to 17,164 words.* In

---

\* ATCC originally requested leave to file an opening brief of up to 17,826 words. However, the opening brief it filed was 17,164 words.

the alternative ATCC moves for leave to exceed the word limitation on the condition that ATCC's total word count from its two briefs does not exceed 28,000 words, which is the amount allowed under the rules for the appellant's briefs when added together. ATCC states that Presidio Components, Inc. (Presidio) consents on the condition that Presidio is also granted leave to exceed the word limitation in its opening brief. Presidio moves for an extension of time, until August 20, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to exceed the permitted word limitation is granted to the extent that ATCC's opening brief of 17,164 words may be filed. ATCC's response/reply brief may not exceed 10,836 words. Presidio may likewise exceed the word limitation for its opening brief by up to 3,164 words, provided that its opening brief and reply brief together do not exceed the total of 23,500 words permitted by the rules for a cross-appellant.

(2) Presidio's motion for an extension of time is granted.

FOR THE COURT

'JUN 3 0 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett A. Schatz, Esq.
Marvin S. Gittes, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2011

JAN HORBALY
CLERK